UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NED MURTHA AND KAREN MURTHA, on behalf of themselves, and those similarly situated <br><br> Plaintiffs, <br><br> v. <br><br> THE TJX COMPANIES, INC., <br> Defendant. | C.A. No. 1:12-cv-10598-MLW |

**JOINT STATUS REPORT REGARDING SETTLEMENT**

Pursuant to the Court's November 15, 2013 Scheduling Order (ECF Doc. No. 36-1), Plaintiffs Ned Murtha and Karen Murtha (collectively, "Plaintiffs") and defendant The TJX Companies, Inc. ("TJX"), by and through their respective attorneys of record, make the following joint report.

The parties have reached an agreement in principle regarding an individual settlement with Plaintiffs. The parties will file a stipulation of dismissal once the terms of the settlement agreement have been finalized.

*The parties shall by April 30, 2014, file the stipulation of dismissal*

*April 4, 2014*